UNITED STATES OF DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROBERT RIMBERG,

                Plaintiff,                    Case 7:17-cv-10209

      -against-

                                         **opposition**

DISCOVER BANK,

                Defendant.

-------------------------------------------------------------------X

    I, ROBERT RIMBERG being duly sworn hereby state the following under the penalties of perjury:

1. The action and activity by defendant to remove the case is solely done to harass and unjustly interfere with my claims. Defendant clearly does business in NY and is not diverse to me.

2. I am representing myself and cannot afford counsel.

3. I am unfamiliar with the federal court rules and the defendant's sole reason for removal is to take continued advantage of non-sophisticated borrower and plaintiff.

    Wherefore, I respectfully request that this matter not be removed.

Dated: January 10, 2018

                                            _____
                                           ROBERT RIMBERG, *Pro Se*
                                           92 S. Central Avenue
                                           Hartsdale, New York 10530

Sworn to me before this
____ day of January, 2018

_____
JEFFREY A. KOSTERICH
Notary Public, State of New York
No. 60-4790033
Qualified in Westchester County
Commission Expires March 30, 20__



STATE OF NEW YORK, COUNTY OF Westchester ss:

Robert Vinberg being sworn says: I am not a party to the action, am over 18 years of age and reside at 5 Central Ave #202 Hartsdale NY 10530

On 1/18, 2018 I served a true copy of the annexed papers in the following manner:

☐ **Service by Mail** — by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

☐ **Personal Service** — by delivering the same personally to the persons at the address indicated below:

☐ **Service by Facsimile** — by transmitting the same to the attorney by facsimile transmission to the facsimile telephone number designated by the attorney for that purpose. In doing so, I received a signal from the equipment of the attorney served indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) as indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

☐ **Service by Electronic Means** — by transmitting the same to the attorney by electronic means upon the party's written consent. In doing so, I indicated in the subject matter heading that the matter being transmitted electronically is related to a court proceeding:

☐ **Overnight Delivery Service** — by depositing the same with an overnight delivery service in a wrapper properly addressed, the address having been designated by the addressee(s) for that purpose or, if none is designated, to the last-known address of addressee(s). Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

Ballard Spahr, LLP
919 3rd Ave
New York, NY 10022

Sworn to before me on 1/18, 2019

[signature]

(Print signer's name below signature)

Robert Rimberg
92 South Central Avenue #202
Hartsdale, NY 10530

RECEIVED
JAN 22 2018
SDNY PRO SE OFFICE
USDC WP

United States District Court
Southern District of NY
300 Quarropas St.
White Plains, NY 10601

US POSTAGE $000.460
PITNEY BOWES
JAN 18 2018
MAILED FROM ZIP CODE 10707